# MOTION TO PRESERVE EVIDENCE

MOTION TO PRESERVE EVIDENCE

Plaintiff respectfully requests an order requiring all parties to preserve relevant evidence.

Evidence includes communications, financial documents, electronic filing system records, and internal administrative records related to the disputed proceedings.

D. Mukhtar