# MOTION FOR LIMITED EARLY DISCOVERY

MOTION FOR LIMITED EARLY DISCOVERY

Plaintiff requests permission for limited early discovery under Federal Rule of Civil Procedure 26(d).

Requested discovery includes electronic filing system logs, communications relating to ADA accommodation requests; and financial records relevant to the claims.