# UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF TEXAS – FORT WORTH DIVISION

Dr. Mashiach C. Lassiter v. Red's Barbeque – Case No. 4:26-cv-00135

## EMERGENCY MOTION FOR ADA ACCESS AND FILING ACCOMMODATION

Plaintiff Dr. Mashiach C. Lassiter respectfully moves for reasonable accommodation under the Americans with Disabilities Act to ensure full access to the Court's filing procedures.

1. Plaintiff is proceeding pro se and requires accessible methods to submit pleadings and amended filings.

2. This action involves complex digital evidence including artificial-intelligence alteration of a minor's likeness, monetized video distribution, and embedded commercial advertising.

3. Without accommodation, Plaintiff risks losing meaningful access to the judicial process.

4. Plaintiff therefore requests ADA-compliant filing assistance, including confirmation of accessible electronic filing options or alternative submission procedures.

WHEREFORE Plaintiff requests the Court grant reasonable accommodation ensuring full access to filing procedures.

Respectfully submitted,

Dr. Mashiach C. Lassiter – Pro Se

Birmingham, Alabama