Case 4:26-cv-00307-O-BP

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

DR. MASHIACH C. LASSITER, individually and as father and legal guardian of C.R.L. and C.A.L.;
C.R.L., a minor;
C.A.L., a minor,

Plaintiffs,

v.

EAGLE MOUNTAIN–SAGINAW INDEPENDENT SCHOOL DISTRICT,

Defendant.

## AMENDED COMPLAINT (TWO-TRACK; INJUNCTIVE RELIEF REQUESTED)

## I. JURISDICTION AND VENUE

1. This action arises under 15 U.S.C. §1125(a) (Lanham Act), 42 U.S.C. §1983, and supplemental Texas law.

2. The Court has jurisdiction under 28 U.S.C. §§1331 and 1367.

3. Venue is proper in this District.

## II. PARTIES

4. Plaintiff Dr. M.C.L. is the father and legal guardian of the minor Plaintiffs.

5. C.R.L. (Chancellor Lassiter), minor, by and through Dr. M.C.L.

6. C.A.L. (Christian Lassiter), minor, by and through Dr. M.C.L.

7. Additional injured persons include D.C.L., Annette Gamble, and Allen Gamble.

8. Defendant is a governmental entity responsible for policies and practices at issue.

9. The violations were caused by policies, customs, or practices including unauthorized recording and monetization of student likenesses without parental consent.

## III. FACTUAL ALLEGATIONS

10. Defendant filmed, edited, and distributed football video content.

11. C.R.L.'s image was used in thumbnails with AI alteration.

12. C.A.L. appeared in monetized performance footage.

13. Content was monetized without consent or compensation.

14. Defendant removed content after notice without preservation, creating spoliation risk.

15. Defendant's conduct constitutes commercial advertising creating likelihood of confusion as to endorsement.

## IV. INJUNCTIVE RELIEF BASIS

16. Plaintiffs face irreparable harm from ongoing dissemination.

17. Monetary damages are inadequate.

18. Plaintiffs are likely to succeed.

19. Equities favor relief.

## V. DAMAGES (INDIVIDUALIZED)

A. C.R.L.: AI-altered exploitation and reputational harm.

B. C.A.L.: Unauthorized commercialization and economic loss.

C. Dr. M.C.L.: Loss of parental control and distress.

D. D.C.L.: Emotional distress.

E. Annette Gamble: Observational harm.

F. Allen Gamble: Observational harm.

## VI. PRAYER FOR RELIEF

Plaintiffs request injunctive relief, damages, disgorgement, and costs.

Respectfully submitted,

Dr. Mashiach C. Lassiter
Birmingham, Alabama
Class1911@gmail.com

Dr. [signature]