Case 4:26-cv-00307-O-BP

# FORMAL DEMAND FOR DAMAGES, PUBLIC RESTORATION OF DIGNITY, AND WRITTEN APOLOGY

**Claimant:**
Dr. Mashiach C. Lassiter
Birmingham, Alabama
Class1911@gmail.com

**Respondent:**
RED'S BARBEQUE (d/b/a Red's BBQ, including all owners, operators, agents, and affiliated entities)

**Date:** April 13, 2026

**I. Nature of Demand**
This constitutes a formal demand for monetary compensation and a binding public written apology restoring Claimant's dignity and affirming his athletic and physical capability.

**II. Impact and Injury**
Respondent's conduct caused reputational harm, public diminishment of ability, emotional injury, and ongoing dignitary harm.

**III. Damages**
See Exhibit A (attached).

**IV. Required Public Apology**
Respondent must issue a signed written apology restoring Claimant's dignity and affirming his athletic ability, published to reach the same audience.

**V. Deadline**
Respondent must respond within ten (10) days of receipt.

**VI. Preservation Notice**
Respondent must preserve all relevant documents, communications, and digital media.

**VII. Reservation of Rights**
All claims and remedies are expressly reserved, including federal civil rights claims.

Respectfully,

Dr. Mashiach C. Lassiter

# EXHIBIT A — SCHEDULE OF DAMAGES

• Economic Damages (Lost opportunities, monetization loss): $75,000 – $150,000

• Reputational Harm (Public diminishment, brand impact): $150,000 – $300,000

• Emotional Distress: $50,000 – $150,000

• Loss of Future Opportunity: $100,000 – $250,000

• Punitive Damages (where applicable): $250,000 – $500,000

**Total Estimated Range:** $625,000 – $1,350,000