Case 4:26-cv-00307-O-BP

# COMPLAINT (AMENDED – TWO TRACK)

Multi-claimant complaint involving minor likeness exploitation, AI alteration (C.R.L.), and monetized performance (C.A.L.), with derivative and direct claims by Dr. M.C.L. and family members.



Case 4:26-cv-00307-O-BP

# PROPOSED TEMPORARY RESTRAINING ORDER (RULE 65)

Plaintiff seeks immediate injunctive relief to prevent further dissemination, require preservation of evidence, and halt ongoing harm.

Case 4:26-cv-00307-O-BP

# VERIFIED AFFIDAVIT – IRREPARABLE HARM

Plaintiff verifies ongoing harm including loss of control over minor likeness, removal of evidence, and inability to file due to ADA barriers.



Case 4:26-cv-00307-O-BP

# MASTER EXHIBIT PACKET (A–F)

Exhibit A: Dismissal Order (ADA barrier context) Exhibit B: ADA Filing Barrier Exhibit C: Emergency Harm Exhibit D: Early Discovery Exhibit E: Preservation Demand Exhibit F: Relief Request

